IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLENE GILMORE,
    Plaintiff,

vs.                                         Case No. 3:09cv14/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

## O R D E R

        Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and an amended motion for leave to proceed in forma pauperis (Docs. 1, 5). In the affidavit of financial status, Plaintiff indicates that her household's monthly income is approximately $2,008.56, with monthly debts totaling approximately $300.00 (Doc. 5 at 3, 4). It affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff and her husband have approximately $1,700.00 a month available in disposable income. Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's amended motion for leave to proceed in forma pauperis (Doc. 5) is **DENIED**. To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

        2.    Failure to comply with this order may result in a recommendation that this case be dismissed.

        **DONE AND ORDERED** this 11th day of February 2009.

                                                      /s/ *Elizabeth M. Timothy*
                                                      **ELIZABETH M. TIMOTHY**
                                                       **UNITED STATES MAGISTRATE JUDGE**